## Commonwealth *v.* Riddick, Appellant.

Submitted June 11, 1970. *Dennis E. Haggerty,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rios, Appellant.

Argued June 8, 1970. *John J. Segata, Jr.,* for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.